2015R00324/LJW/DCC/FJN

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. |
| v. | : Criminal No. 15- 618 (SDW) |
| NADER SAADEH | : 18 U.S.C. § 2339B |

### INFORMATION

The defendant having waived in court prosecution by indictment, the United States Attorney for the District of New Jersey charges:

From in or about October 2014 through on or about May 5, 2015, in Bergen County, in the District of New Jersey, and elsewhere, defendant,

**NADER SAADEH**,

being a United States citizen, knowingly and unlawfully conspired with others to provide material support and resources, as defined in Title 18, United States Code, Section 2339A(b), including services and personnel, to a foreign terrorist organization, namely the Islamic State of Iraq and the Levant, knowing that the organization was a designated terrorist organization, and that the organization had engaged and was engaging in terrorist activity and terrorism.

In violation of Title 18, United States Code, Section 2339B(a)(1) and 2339B(d).

*Paul J. Fishman*
PAUL J. FISHMAN
United States Attorney

CASE NUMBER: 2015R00324

# United States District Court
# District of New Jersey

UNITED STATES OF AMERICA

v.

NADER SAADEH

# INFORMATION FOR

18 U.S.C. § 2339B

**PAUL J. FISHMAN**
*UNITED STATES ATTORNEY*
*NEWARK, NEW JERSEY*

L. JUDSON WELLE
DENNIS C. CARLETTA
FRANCISCO J. NAVARRO
*ASSISTANT U.S. ATTORNEYS*
*(973) 645-2700*

USA-48AD 8
(Ed. 1/97)