UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY


| UNITED STATES OF AMERICA | : | Criminal No. 15-618 (SDW) |
|---|---|---|
| v. | : | |
| NADER SAADEH, et al. | : | **SUBSTITUTION OF ATTORNEY** |


PLEASE TAKE NOTICE that Craig Carpenito, United States Attorney for the District of New Jersey, has reassigned the above-captioned matter to Dennis Carletta, Assistant U.S. Attorney (Dennis.Carletta@usdoj.gov), in substitution for L. Judson Welle, Assistant U.S. Attorney, who previously appeared in this matter.

CRAIG CARPENITO
UNITED STATES ATTORNEY


"s/" Dennis Carletta
Dennis C. Carletta
Assistant U.S. Attorney

Dated:   March 26, 2018