PROB 12B
(6/21)

# United States District Court

for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Individual Under Supervision

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Individual Under Supervision: SAADEH, Nader                    Cr.: 15-00618-001
                                                                       PACTS #: 1640762

Name of Sentencing Judicial Officer:    THE HONORABLE SUSAN D. WIGENTON
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 04/30/2018

Original Offense:   Count One: Conspiracy to Provide Material Support and Resources to a Designated Foreign Terrorist Organization, 18 U.S.C. Sec. 2339B(a)(1) and 18 U.S.C. Sec. 2339B(d), a Class C felony

Original Sentence: 120 months imprisonment; supervised release for a term of life; $100 special assessment

Special Conditions: 1) refrain from any crime/threat group association; and 2) participate in programming

Type of Supervision: Supervised Release          Date Supervision Scheduled to Commence: 02/16/2024

## PETITIONING THE COURT

☑ To modify the conditions of supervision by adding the following special conditions:

**COMPUTER/INTERNET MONITORING**

You must participate in the Computer/Internet Monitoring Program (CIMP) administered by the United States Probation Department. You must abide by the Computer/Internet Monitoring Program Participant Agreement in effect at the time of supervision and comply with any amendments to the program during the term of supervision. Due to the advances in technology the Court will adopt the amendments to the Computer/Internet Monitoring Program as necessary. For the purposes of accounting for all computers, hardware, software and accessories, you must submit your person, residence, computer and/or vehicle to a search conducted by the U.S. Probation Department at a reasonable time and manner. You shall inform any other residents that the premises may be subject to a search pursuant to this condition. You shall provide the probation officer with access to any requested financial information including billing records (telephone, cable, internet, satellite, etc.)

**CONSENT TO SEARCH**

You must submit your person, residence, office, vehicle(s), papers, business or place of employment, and any property under your control to a search. Such a search shall be conducted by a United States Probation Officer at a reasonable time and in a reasonable manner based upon a reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to such a search may be grounds for revocation; you must warn any residents that the premises may be subject to searches.

Prob 12B – page 2
SAADEH, Nader

## CAUSE

Saadeh is in the process of relocating to the Eastern District of Michigan and that Probation Office requests the addition of these special conditions to effectively supervise the case.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By: JOSEPH EMPIRIO
Senior U.S. Probation Officer

/ jae

APPROVED:

_____  01/23/2024
KEVIN M. VILLA                   Date
Supervising U.S. Probation Officer

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above *(as recommended by the Probation Office)*
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

January 23, 2024
Date